JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XUAN KIEU HUYNH, et al,<br><br>   Plaintiffs<br><br> vs.<br><br>RAND BEERS, ACTING SECRETARY,<br><br>DHS, et al.,<br><br>   Defendants | Case No.: CV 13-07545-GW(Ex)<br><br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

This matter coming before this Court upon Plaintiff's Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or 41(c), the Court having considered same and good cause shown,

IT IS HEREBY ORDERED this matter is dismissed without prejudice.

DATED: December 20, 2013

_____
GEORGE H. WU
United States District Judge